FILED

01/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0600

_____

SALVATRICE MUSCLE,

      Plaintiff and Appellant,

  v.                                        O R D E R

ANTONIO SANTIN, M.D.,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David J. Grubich, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2024